RECEIVED
MAR 27 2008

PO KRISTIE
NO IFA, CEDAR RAPIDS

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | U.S. PROBATION OFFICE CHICAGO, ILLINOIS | CR05-3009-003-DEO |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| JASON MORRISETTE | Northern District of Iowa | Western |
| | NAME OF SENTENCING JUDGE | |
| **08 CR 310** | Donald E. O'Brien | |
| **JUDGE JOHN W. DARRAH** | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/03/2008 / TO 03/02/2012 |

| OFFENSE |
|---|
| Conspiracy to Distribute 5 Grams or More but Less than 50 Grams of Cocaine Base and Cocaine Salt; Distribution of Cocaine Base (2 Counts); and Distribution of Cocaine Salt |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

3-21-2008
*Date*

*Donald E. O'Brien*
*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
*Effective Date*

*James F. Holderman*
*United States District Judge*

**FILED**
4-14-08
APR 1 4 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE COX