# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS, IOWA 52401

ROBERT L. PHELPS
CLERK

319-286-2300

F I L E D
4-29-08
APR 2 9 2008  Lew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 18, 2008

United States Courthouse
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE: CR05-3009 DEO Jason Morrisette
USDC N/D   08CR 310

Dear Sir/Madam,

Enclosed, please find a certified copy of an order of transfer, transferring this case to the District of Illinois along with an attested copy of the docket sheet entries and a certified copy of the indictment and judgment.

This case can be accessed through your Pacer Account.

If you have any questions, please give us a call at 319-286-2300.

Thank you.

Sincerely,

Dianne Eveland
Deputy Clerk
Northern Iowa

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1
Case 3:05-cr-03009-DEO    Document 2    Filed 04/29/2008    Page 2 of 32

# United States District Court

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | |
| **JASON MORRISETTE** | Case Number:  **CR05-3009-003-DEO** |
| | USM Number:  **03002-029** |
| | **Rees Conrad Douglas** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

■ was found guilty on count(s)  **1, 8, 9 and 10 of the Indictment**
after a plea of not guilty.

*I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this 18 day of April, 2008. Robert L. Phelps, Clerk*
*By _____ Deputy*

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), (B)(1)(B) & 846 | Conspiracy to Distribute 5 Grams or More but Less Than 50 Grams or Cocaine Base and Cocaine Salt | 11/30/2004 | 1 |
| 21 U.S.C. §§ 841(a)(1) & (B)(1)(C) | Distribution of Cocaine Base | 09/14/2004 | 8 |
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Distribution of Cocaine Base | 09/30/2004 | 9 |
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Distribution of Cocaine Salt | 09/15/2004 | 10 |

    The defendant is sentenced as provided in pages 2 through ____6____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

■ Count(s)  **remaining against the defendant**  ☐ is  ■ are  dismissed on the motion of the United States.

    IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in economic circumstances.

**May 1, 2006**
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**Donald E. O'Brien**
**Senior U.S. District Court Judge**
Name and Title of Judicial Officer

May 3, 2006
Date

| | Judgment — Page 2 of 6 |
|---|---|

DEFENDANT:        **JASON MORRISETTE**
CASE NUMBER:      **CR05-3009-003-DEO**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **46 months. This term consists of 46 months each on Counts 1, 8, 9 and 10 of the Indictment, to be served concurrently** .

■    The court makes the following recommendations to the Bureau of Prisons:

    **It is recommended the defendant participate in the Bureau of Prisons' 500 Hour Comprehensive Residential Drug Abuse Program. It is also recommended the defendant be designated to Yazoo City, Butner, Coleman, or a Bureau of Prisons facility in close proximity to his family which is commensurate with his security and custody.**

■    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     **JASON MORRISETTE**
CASE NUMBER:   **CR05-3009-003-DEO**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **4 years on each of Counts 1, 8, 9 and 10 of the Indictment to be served concurrently**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment--Page ___4___ of ___6___

DEFENDANT: **JASON MORRISETTE**
CASE NUMBER: **CR05-3009-003-DEO**

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as he is released from the program by the probation officer; however, through counsel he may petition the Court to be excused from participation in a specific substance abuse treatment component if he can demonstrate that he successfully completed comparable treatment while in the custody of the Bureau of Prisons.

2.  The defendant is prohibited from the use of alcohol and are prohibited from frequenting bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol.

Judgment — Page ___5___ of ___6___

DEFENDANT:        **JASON MORRISETTE**
CASE NUMBER:      **CR05-3009-003-DEO**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | **$ 400** | **$ 0** | **$ 0** |

☐    The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case*(AO 245C) will be entered after such determination.

☐    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

| **TOTALS** | $ _____ | $ _____ |
|---|---|---|

☐    Restitution amount ordered pursuant to plea agreement   $ _____

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐    the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐    the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:      **JASON MORRISETTE**
CASE NUMBER:    **CR05-3009-003-DEO**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   ☐   Lump sum payment of $ _____ due immediately, balance due

        ☐   not later than _____ , or
        ☐   in accordance with   ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B**   ■   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 05-3009-MWB |
| | ) | |
| vs. | ) | **COUNT 1** |
| | ) | 21 U.S.C. § 846 |
| TYRONE STURDIVANT, a/k/a "Big D", | ) | 21 U.S.C. § 841(a)(1) |
| MARIO COVINGTON, | ) | 21 U.S.C. § 841(b)(1)(A) |
| JASON MORRISETTE, | ) | |
| and COLLEEN ARMATIS, | ) | **COUNTS 2-13** |
| | ) | 21 U.S.C. § 841(a)(1) |
| Defendants. | ) | 21 U.S.C. § 841(b)(1)(C) |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

From about 2001 through November 2004, in the Northern District of Iowa, and

elsewhere, the defendants, TYRONE STURDIVANT, a/k/a "Big D", MARIO

COVINGTON, JASON MORRISETTE, and COLLEEN ARMATIS, did knowingly and

unlawfully combine, conspire, confederate and agree with each other and with other

persons, known and unknown to the Grand Jury, to commit the following offenses

against the United States:

1.      to manufacture and distribute 50 grams or more cocaine base, commonly

called "crack cocaine", a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this ___ day of _____ , 20___

Robert L. Phelps, Clerk

By _____

Deputy

2.      to distribute cocaine salt, commonly called "powder cocaine", a Schedule

II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(C).

This was in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about October 28, 2004, in the Northern District of Iowa, the defendant,

TYRONE STURDIVANT, a/k/a "Big D", and MARIO COVINGTON, did knowingly and

intentionally distribute approximately 11.09 grams of cocaine salt, commonly called

"powder cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

### COUNT 3

On or about October 29, 2004, in the Northern District of Iowa, the defendant,

TYRONE STURDIVANT, a/k/a "Big D", and MARIO COVINGTON, did knowingly and

intentionally distribute approximately 9.42 grams of cocaine salt, commonly called

"powder cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

### COUNT 4

On or about August 27, 2004, in the Northern District of Iowa, the defendant,

MARIO COVINGTON, did knowingly and intentionally distribute approximately 1.41

grams of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 5

On or about August 31, 2004, in the Northern District of Iowa, the defendant, MARIO COVINGTON, did knowingly and intentionally distribute approximately 1.32 grams of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 6

On or about September 1, 2004, in the Northern District of Iowa, the defendant, MARIO COVINGTON, did knowingly and intentionally distribute approximately 1.0 grams of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 7

On or about October 5, 2004, in the Northern District of Iowa, the defendant, MARIO COVINGTON, did knowingly and intentionally distribute approximately .88

grams of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

On or about September 14, 2004, in the Northern District of Iowa, the defendants, MARIO COVINGTON and JASON MORRISETTE, did knowingly and intentionally distribute approximately .82 grams of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 9

On or about September 30, 2004, in the Northern District of Iowa, the defendants, MARIO COVINGTON and JASON MORRISETTE, did knowingly and intentionally distribute approximately .92 grams of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

On or about September 15, 2004, in the Northern District of Iowa, the defendant, JASON MORRISETTE, did knowingly and intentionally distribute approximately 1.88 grams of cocaine salt, commonly called "powder cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 11

On or about October 12, 2004, in the Northern District of Iowa, the defendant, COLLEEN ARMATIS, did knowingly and intentionally distribute approximately 8.1 grams of cocaine salt, commonly called "powder cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

On or about October 21, 2004, in the Northern District of Iowa, the defendant, COLLEEN ARMATIS, did knowingly and intentionally distribute approximately 1.52 grams of cocaine salt, commonly called "powder cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 13

On or about November 4, 2004, in the Northern District of Iowa, the defendant,

COLLEEN ARMATIS, did knowingly and intentionally distribute approximately 1.52

grams of cocaine salt, commonly called "powder cocaine," a Schedule II controlled

substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

A TRUE BILL

s/ Foreperson

_____
Foreperson
Dated: January 19th , 2005.

CHARLES W. LARSON, SR.
United States Attorney

By: s/ Shawn S. Wehde

SHAWN S. WEHDE
Special Assistant United States Attorney

NDD IFA, CEDAR RAPIDS

MAR 27 2008

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR05-3009-003-DEO |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT Northern District of Iowa | DIVISION Western |
|---|---|---|
| JASON MORRISETTE | NAME OF SENTENCING JUDGE Donald E. O'Brien | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/03/2008 | TO 03/02/2012 |

**08 CR 310**

**JUDGE JOHN W. DARRAH**

| OFFENSE |
|---|
| Conspiracy to Distribute 5 Grams or More but Less than 50 grams of Cocaine Base or Cocaine Salt; Distribution of Cocaine Base (2 Counts); and Distribution of Cocaine Salt |

The undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.

WITNESS my hand and seal of said Court this 18 day of _March_, 20 08

Robert L. Phelps, Clerk

By _____

Deputy

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

| 3-21-2008 | _Laura Sprunger_ | _Donald E. O'Brien_ |
|---|---|---|
| Date | | United States District Judge |

**PART 2 - ORDER ACCEPTING JURISDICTION**      APR 16 2008

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| APR 11 2008 | _James F. Holderman_ |
|---|---|
| Effective Date | United States District Judge |

**FILED**
4-14-08
APR 14 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

REC'D APR 18 2008
MAGISTRATE JUDGE COX

CLOSED

# U.S. District Court
## Northern District of Iowa (Central Division)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-03009-DEO-3
## Internal Use Only

Case title: USA v. Sturdivant et al

Date Filed: 01/20/2005
Date Terminated: 05/03/2006

Assigned to: Senior Judge Donald E
O'Brien
Referred to: Chief Magistrate Paul A
Zoss

## Defendant (3)

**Jason Morrisette**
*TERMINATED: 05/03/2006*

represented by **Jason Morrisette**
BOP 03002-029
CCM Chicago, Community Corrections
Office
200 W Adams St., Room 2915
Chicago, IL 60606
PRO SE

**Rees Conrad Douglas**
705 Douglas Street
Suite 323
**ECF
Sioux City, IA 51101
712 233 1822
Fax: 233 1821
Email: blackstream-law@juno.com
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By:

## Pending Counts

21:846 CONSPIRACY TO
MANUFACTURE AND DISTRIBUTE
CONTROLLED SUBSTANCE (Sch II -
crack cocaine & powder cocaine

## Disposition

Defendant committed to BOP for 46
months on Counts 1, 8, 9 and 10 to be
served concurrently - Defendant on
supervised release for 48 months on

(1)

                              Counts 1, 8, 9 and 10 to be served
concurrently - $100 special assessment
on each of Counts 1, 8, 9 and 10

21:841(a)(1) and 841(b)(1)(C)
CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE (Sch II -
crack cocaine)
(8-9)

Defendant committed to BOP for 46
months on Counts 1, 8, 9 and 10 to be
served concurrently - Defendant on
supervised release for 48 months on
Counts 1, 8, 9 and 10 to be served
concurrently - $100 special assessment
on each of Counts 1, 8, 9 and 10

21:841(a)(1) and 841(b)(1)(C)
CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE (Sch II -
powder cocaine)
(10)

Defendant committed to BOP for 46
months on Counts 1, 8, 9 and 10 to be
served concurrently - Defendant on
supervised release for 48 months on
Counts 1, 8, 9 and 10 to be served
concurrently - $100 special assessment
on each of Counts 1, 8, 9 and 10

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                **Disposition**

None

---

**Plaintiff**

**USA**                          represented by **Shawn Stephen Wehde**
US Attorney's Office
600 4th Street
Suite 670
**ECF
Sioux City, IA 51101
712 255 3720
Fax: 252 2034
Email: shawn.wehde@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2005 | 🔒1 | SEALED INDICTMENT as to Defendant(s) Tyrone Sturdivant (1) count(s) 1, 2-3, Mario Covington (2) count(s) 1, 2-3, 4, 6-9, Jason Morrisette (3) count(s) 1, 8-9, 10, Colleen Armatis (4) count(s) 1, 11-13. (voting record housed in vault) (paper copies to USA, USM, USP) (des, ). (Entered: 01/20/2005) |
| 01/20/2005 | 4 | (Court only) Arrest Warrant Issued as to Defendant Jason Morrisette. (Attachments: # 1 Warrant Issued to USM) (paper copies USA, USM, USP)(des, ). (Entered: 01/20/2005) |
| 01/20/2005 | 🔒6 | Order to Seal Indictment and Warrants as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis until after the arrest of the defendant. Signed by Judge Paul A Zoss on 1/20/05. (paper copies to USA, USM, USP) (des, ) (Entered: 01/20/2005) |
| 01/20/2005 | | (Court only) LF***Location start as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (des, ) (Entered: 01/20/2005) |
| 01/26/2005 | 🔒7 | ORDER SETTING HEARING as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. Initial Appearance set for 1/26/2005 1:30 PM in SC 1st Fl Ct before Magistrate Paul A Zoss. FPD not available; attorneys being obtained.Signed by Judge Paul A Zoss on 1/26/05. (src) (Entered: 01/26/2005) |
| 01/26/2005 | 🔒 | Case unsealed as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis, INDICTMENT UNSEALED as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (des, ) (Entered: 01/27/2005) |
| 01/26/2005 | 🔒8 | Minute Entry for proceedings held before Judge Paul A Zoss :Initial Appearance as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 1/26/2005. Court directs clerk to appoint attorney for each defendant. Court orders defendants Tyrone Sturdivant and Mario Covington detained. Detention hearing set 1/31/05 3:00 PM. Court orders remaining defendants released, orders to follow. (Digital Recording) (des, ) (Entered: 01/27/2005) |
| 01/26/2005 | | (Court only) ***Location start as to Defendant LC-Tyrone Sturdivant, LC-Mario Covington, LR-Jason Morrisette, LR-Colleen Armatis (des, ) (Entered: 01/27/2005) |
| 01/26/2005 | 🔒9 | *SEALED* Sealed Document as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (des, ) Modified on 1/27/2005 to seal entry (des, ). (Entered: 01/27/2005) |
| 01/26/2005 | 🔒10 | ORDER Setting Conditions of Release as to Defendant Jason Morrisette (3) Personal Recognizance . Signed by Judge Paul A Zoss on 1/26/05. (des, ) (Entered: 01/27/2005) |

| 01/27/2005 | ● | Attorney update in case as to Defendant Jason Morrisette. Attorney Rees Conrad Douglas for Jason Morrisette added. Clerk presented a copy of file to Attorney Douglas at clerk's counter this date, 01/27/05. (ak, ) (Entered: 01/27/2005) |
| 01/28/2005 | ●16 | CJA 20 as to Defendant Jason Morrisette: Appointment of Attorney Rees Conrad Douglas for Jason Morrisette. Voucher Number: 4629052081 . Signed by Clerk on 1/28/05. (de) Modified on 1/31/2005 (adding nunc pro tunc date of 1/27/05) (mj). (Entered: 01/28/2005) |
| 02/01/2005 | ●17 | ORDER SETTING HEARINGS as to Defendants Jason Morrisette and Colleen Armatis. Arraignments set for 2/9/2005 10:00 AM in SC 1st Fl Ct before Magistrate Paul A Zoss. Signed by Judge Paul A Zoss on 02/01/2005. (lrw) (Entered: 02/01/2005) |
| 02/02/2005 | ●22 | Arrest Warrant Returned Executed on 01/25/05 as to Defendant Jason Morrisette (kfs, ) (Entered: 02/02/2005) |
| 02/09/2005 | ●27 | ORDER CANCELLING ARRAIGNMENT as to Defendant Jason Morrisette. Signed by Judge Paul A Zoss on 02/09/2005. (lrw) (Entered: 02/09/2005) |
| 02/09/2005 | ●28 | TRIAL MANAGEMENT ORDER and Stipulated Discovery Order as to Defendant Jason Morrisette. Jury Trial set for 4/4/2005 09:00 AM in SC 3rd Fl Ct before Chief Judge Mark W Bennett. Pretrial Conference set for 4/4/2005 08:00 AM in SC 3rd Fl Ct before Chief Judge Mark W Bennett. Jury Instructions due by 3/28/2005. Trial Related Motions due by 3/21/2005. Criminal Case Management Conference set for 4/1/2005 03:00 PM. Signed by Judge Paul A Zoss on 02/09/2005. (lrw) (Entered: 02/09/2005) |
| 02/09/2005 | ●29 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Defendant Jason Morrisette with Order signed by Magistrate Judge Paul A. Zoss (des, ) (Entered: 02/09/2005) |
| 02/10/2005 | ● | Set Status Conference as to Defendant Jason Morrisette for 4/1/2005 at 3:00 PM in SC 3rd Fl Cnf Rm before Magistrate Paul A Zoss. (mem) (Entered: 02/10/2005) |
| 03/04/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Magistrate Judge: 33 MOTION to Continue Trial (jag) (Entered: 03/04/2005) |
| 03/04/2005 | ●34 | ORDER TO CONTINUE - Ends of Justice as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis, granting 33 motion to continue trial by Colleen Armatis (4). Time excluded from 3/4/2005 until 5/2/2005. Jury Trial set for 5/2/2005 at 08:30 AM in SC 3rd Fl Ct before Chief Judge Mark W Bennett. Pretrial Conference set for 5/2/2005 at 08:00 AM in SC 3rd Fl Ct before Chief Judge Mark W Bennett. Jury Instructions due by 4/25/2005. Trial Related Motions due by 4/18/2005. Status Conference set for 4/1/2005 at 03:00 PM in SC 3rd Fl |

| | | |
|---|---|---|
| | | Cnf Rm before Deputy Clerk. Signed by Judge Paul A Zoss on 3/4/2005. (tjf) (Entered: 03/04/2005) |
| 04/19/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Magistrate Judge: 44 MOTION to Continue Trial (jag) (Entered: 04/19/2005) |
| 04/26/2005 | ●45 | ORDER TO CONTINUE - Ends of Justice as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. Time excluded from 4/19/2005 until 6/27/2005. Jury Trial set for 6/27/2005 at 09:00 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Pretrial Conference set for 6/27/2005 at 08:30 AM in Chambers before Senior Judge Donald E O'Brien. Jury Instructions due by 6/20/2005. Trial Related Motions due by 6/13/2005. Status Conference set for 5/6/2005 at 03:00 PM in SC 3rd Fl Cnf Rm before Deputy Clerk. Signed by Judge Paul A Zoss on 4/26/2005. (tjf) (Entered: 04/26/2005) |
| 04/28/2005 | ●46 | NOTICE of Change of Address by Rees Conrad Douglas (Douglas, Rees) (Entered: 04/28/2005) |
| 04/29/2005 | ●47 | ORDER CLARIFYING PARTIES' TRIAL-RELATED OBLIGATIONS as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. Jury Trial set for 6/27/2005 at 09:00 AM before Senior Judge Donald E O'Brien. Final Pretrial Conference set for 6/27/2005 at 08:30 AM in Chambers before Senior Judge Donald E O'Brien. Jury Instructions due by 6/20/2005. Trial Related Motions due by 6/13/2005. Status conference set for 5/6/2005 at 3:00 PM in 3rd Flr Conf Rm before Deputy Clerk. Signed by Judge Paul A Zoss on 4/29/2005. (tjf) (Entered: 04/29/2005) |
| 05/06/2005 | ●49 | ORDER SETTING TELEPHONIC HEARING as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, and Colleen Armatis. Defendants do not need to be made available for participation in this hearing. Telephonic Status Conference set for 5/11/2005 at 04:00 PM before Senior Judge Donald E O'Brien. A teleconferencing operator will initiate the telephone call to each party. Signed by Judge Donald E O'Brien on 05/06/05. (Gollhofer, Jami) (Entered: 05/06/2005) |
| 05/09/2005 | ●50 | *SEALED* CJA 21 as to Defendant Jason Morrisette - Authorization to Pay Jerry Koerber $126.48 for Expert Services - Voucher #46290521288. Signed by Chief Judge Mark W Bennett on 04/21/05 (copy to payee) (kfs, ) Modified on 5/12/2005 (dp) (changed amount in docket text to show correct amount requested and approved after verification of amount on documentation attached to CJA21) (Entered: 05/09/2005) |
| 05/13/2005 | ●52 | Minute Entry for proceedings held before Senior Judge Donald E O'Brien - Telephonic Status Conference as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette and Colleen Armatis held on 05/11/2005 (Court Reporter: Dianne Schuetts) (kfs, ) (Entered: 05/13/2005) |

| | | |
|---|---|---|
| 06/13/2005 | 🔵53 | ORDER CLARIFYING TRIAL DATE AND SCHEDULING PRETRIAL CONFERENCE - as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, and Colleen Armatis. Jury Trial set for 6/27/2005 9:00 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Final Pretrial Conference set for 6/27/2005 8:30 AM in Chambers before Senior Judge Donald E O'Brien. Jury Instructions due by 6/20/2005. Status Conference set for 6/24/2005 3:30 PM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Trial Related Motions due by 6/13/2005. Signed by Judge Donald E O'Brien on 6/13/05. (src) Modified on 6/14/2005 to edit text (de). (Entered: 06/13/2005) |
| 06/14/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Senior Judge O'Brien: 54 MOTION in Limine, 55 MOTION in Limine (Gill, Jennifer) (Entered: 06/14/2005) |
| 06/14/2005 | 🔵56 | MOTION in Limine by Defendant Jason Morrisette. (Attachments: # 1 Brief In Support of Motion in Limine)(Douglas, Rees) (Entered: 06/14/2005) |
| 06/14/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Senior Judge O'Brien: 56 MOTION in Limine (Gill, Jennifer) (Entered: 06/14/2005) |
| 06/15/2005 | 🔵57 | MOTION in Limine by Defendant Jason Morrisette. (Attachments: # 1 Brief in Support of Motion in Limine)(Douglas, Rees) (Entered: 06/15/2005) |
| 06/15/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Senior Judge O'Brien: 57 MOTION in Limine (Gill, Jennifer) (Entered: 06/15/2005) |
| 06/15/2005 | | (Court only) ***Motions terminated as to Defendant Jason Morrisette: 56 MOTION in Limine filed by Jason Morrisette. Motion incorrectly captioned. Attorney contacted and has refiled motion in limine at docket #57. (ksy, ) (Entered: 06/15/2005) |
| 06/16/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Senior Judge O'Brien: 58 MOTION to Continue Trial (Gill, Jennifer) (Entered: 06/16/2005) |
| 06/17/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Senior Judge O'Brien: 59 MOTION to Continue Trial (Gill, Jennifer) (Entered: 06/17/2005) |
| 06/17/2005 | 🔵 | Set Deadlines re Motion or Report and Recommendation in case as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen |

Case 1:08-cr-00310     Document 2     Filed 04/29/2008     Page 21 of 32

| | | |
|---|---|---|
| | | Armatis 55 MOTION in Limine, 57 MOTION in Limine, 54 MOTION in Limine. Motion Hearing set for 6/23/2005 at 02:30 PM SC 3rd Fl Ct for 54 and for 55 and for 57 , (ak, ) (Entered: 06/17/2005) |
| 06/20/2005 | 61 | MOTION in Limine by USA as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. (Wehde, Shawn) (Entered: 06/20/2005) |
| 06/20/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Senior Judge O'Brien: 61 MOTION in Limine (Gill, Jennifer) (Entered: 06/20/2005) |
| 06/20/2005 | 63 | Proposed Jury Instructions by Defendant Jason Morrisette (Douglas, Rees) (Entered: 06/20/2005) |
| 06/20/2005 | 64 | WITNESS LIST by USA as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (Wehde, Shawn) (Entered: 06/20/2005) |
| 06/20/2005 | 65 | EXHIBIT LIST by USA as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (Wehde, Shawn) (Entered: 06/20/2005) |
| 06/21/2005 | 66 | MOTION for Writ of Testificandum as to Travis Keith Ulrich by USA as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. (Wehde, Shawn) Modified text on 6/22/2005 (ksy, ). (Entered: 06/21/2005) |
| 06/21/2005 | 67 | ORDER granting 66 Motion for Writ Habeas Corpus Ad Testificandum For Travis Keith Ulrich as to Tyrone Sturdivant (1), Mario Covington (2), Jason Morrisette (3), Colleen Armatis (4). Signed by Judge Paul A Zoss on 6/21/05. (Attachments: # 1 Writ Issued to USM) (des, ) (Entered: 06/21/2005) |
| 06/22/2005 | 68 | Proposed Jury Instructions by USA as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (Wehde, Shawn) (Entered: 06/22/2005) |
| 06/23/2005 | 70 | OBJECTIONS by Defendant Jason Morrisette *to 65 Plaintiff's Offer of Exhibits* (Douglas, Rees) Modified on 6/24/2005 (ksy, ). (Entered: 06/23/2005) |
| 06/23/2005 | 74 | ORDER RESETTING HEARINGS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. Motion Hearing and Status Conference reset for 6/24/2005 2:30 PM in SC 3rd Fl Ct before Judge Donald E O'Brien. Signed by Judge Donald E O'Brien on 6/23/05. (src) (Entered: 06/23/2005) |
| 06/23/2005 | | (Court only) ***Reopen Document as to Defendant Mario Covington, Jason Morrisette, Colleen Armatis 54 MOTION in Limine, 55 MOTION in Limine, 57 MOTION in Limine (des, ) (Entered: 06/29/2005) |

| 06/23/2005 | | (Court only) MOTIONS as to Defendant Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Judge Donald E. O'Brien: 54 MOTION in Limine, 55 MOTION in Limine, 57 MOTION in Limine (des, ) (Entered: 06/29/2005) |
|---|---|---|
| 06/23/2005 | | (Court only) ***Reopen Document as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis 61 MOTION in Limine (des, ) (Entered: 06/29/2005) |
| 06/23/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Judge Donald E. O'Brien: 61 MOTION in Limine (des, ) (Entered: 06/29/2005) |
| 06/24/2005 | ●76 | *SEALED* SEALED MOTION by USA as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. (des, ) Modified on 6/24/2005 to seal entry and to note copies faxed to attys, USM, USP (proposed order to MWB this date and proposed document housed in clerk's file) (des, ). (Entered: 06/24/2005) |
| 06/24/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Senior Judge O'Brien: 76 SEALED MOTION (Gill, Jennifer) (Entered: 06/24/2005) |
| 06/24/2005 | ●77 | *SEALED* SEALED ORDER granting 76 Sealed Motion as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. as to Tyrone Sturdivant (1), Mario Covington (2), Jason Morrisette (3), Colleen Armatis (4). Signed by Judge Donald E O'Brien on 6/24/05. (des, ) Modified on 6/24/2005 to seal entry and to note copies faxed to attys, USM, USP (des, ). (Entered: 06/24/2005) |
| 06/24/2005 | ●78 | *SEALED* Sealed Document by USA as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (des, ) Modified on 6/24/2005 to seal entry and to note copies faxed to attys, USM, USP (des, ). (Entered: 06/24/2005) |
| 06/27/2005 | ●79 | Amended MOTION in Limine by USA as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. (Wehde, Shawn) (Entered: 06/27/2005) |
| 06/27/2005 | | (Court only) MOTIONS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis REFERRED to Senior Judge O'Brien: 79 Amended MOTION in Limine (Gill, Jennifer) (Entered: 06/27/2005) |
| 06/27/2005 | ●80 | Peremptory Challenges as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (copies faxed to attys, USM, USP) (des, ) (Entered: 06/28/2005) |
| 06/28/2005 | ●82 | Minute Entry for proceedings held before Judge Donald E O'Brien: Motion Hearing as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 6/24/2005 re 54 MOTION in |

| | | Limine filed by Colleen Armatis, 55 MOTION in Limine filed by Mario Covington, 57 MOTION in Limine filed by Jason Morrisette, 72 MOTION in Limine filed by Tyrone Sturdivant, 56 MOTION in Limine filed by Jason Morrisette -- reserved in part. (Court Reporter-Carolyn Plueger) (des, ) (Entered: 06/28/2005) |
|---|---|---|
| 06/28/2005 | ●83 | Minute Entry for proceedings held before Judge Donald E O'Brien. Final Pretrial Conference as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 6/27/2005. DAY 1 Jury Trial as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 6/27/2005. Jury Selection, Voir Dire begun, Voir Dire held 6/27/2005 Defendants Tyrone Sturdivant (1) on Count 1,2-3 and Mario Covington (2) on Count 1,2-3,4,5,6-9 and Jason Morrisette (3) on Count 1,8-9,10 and Colleen Armatis (4) on Count 1,11-13. ***Clear JryTrlSet Flag as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (Court Reporter-Shelly Semmler) (des, ) (Entered: 06/28/2005) |
| 06/28/2005 | ●84 | Preliminary Jury Instructions as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (des, ) (Entered: 06/28/2005) |
| 06/29/2005 | ●85 | Minute Entry for proceedings held before Judge Donald E O'Brien. DAY 2 Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 6/28/2005. ***Motions terminated as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis: 79 MOTION in Limine filed by USA. (Court Reporter-Shelly Semmler) (des, ) (Entered: 06/29/2005) |
| 06/30/2005 | ●86 | Minute Entry for proceedings held before Judge Donald E O'Brien. DAY 3 Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 6/29/2005 (Court Reporter-Shelly Semmler) (des, ) (Entered: 07/01/2005) |
| 07/01/2005 | ●87 | Minute Entry for proceedings held before Judge Donald E O'Brien. DAY 4 Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 6/30/2005. ***Motions terminated as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis: 55 MOTION in Limine filed by Mario Covington, 57 MOTION in Limine filed by Jason Morrisette, 61 MOTION in Limine filed by USA, 54 MOTION in Limine filed by Colleen Armatis, 72 MOTION in Limine filed by Tyrone Sturdivant. (Court Reporter-Dianne Schuetts) (des, ) (Entered: 07/01/2005) |
| 07/05/2005 | ●88 | Minute Entry for proceedings held before Judge Donald E O'Brien. DAY 5 Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 7/1/2005. (Court Reporter-Dianne Schuetts) (des, ) (Entered: 07/05/2005) |
| 07/05/2005 | ●89 | Subpoena Returned Executed on 06/27/05 on Brian Davis, Sr., as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, |

| | | |
|---|---|---|
| | | Colleen Armatis. (ak, ) (Entered: 07/05/2005) |
| 07/06/2005 | ●91 | Minute Entry DAY 6 for proceedings held before Judge Donald E O'Brien. Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 7/5/2005. (Court Reporter Shelly Semmler.) (ak, ) Modified on 7/6/2005 (ak, ). (Entered: 07/06/2005) |
| 07/06/2005 | | (Court only) LC***Location start as to Defendant Mario Covington, Jason Morrisette, Colleen Armatis - PER DEO law clerk C.R. (des, ) (Entered: 07/07/2005) |
| 07/07/2005 | ●94 | Final Instructions to the Jury as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (des, ) (Entered: 07/07/2005) |
| 07/07/2005 | ●95 | Jury Question with Answer of the Court to Jury Question as to Defendant(s) Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis signed by Judge Donald E O'Brien. (Attachments: # 1 Juror Note)(des, ) (Entered: 07/07/2005) |
| 07/07/2005 | ●96 | Minute Entry for proceedings held before Judge Donald E O'Brien. DAY 7 Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 7/6/2005 - Jury Trial Ended. (Court Reporter-Shelly Semmler) (des, ) (Entered: 07/07/2005) |
| 07/07/2005 | ●97 | TRIAL EXHIBIT AND WITNESS LIST as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis (exhibits housed in clerk's vault) (des, ) (Entered: 07/07/2005) |
| 07/07/2005 | ●98 | JURY VERDICT as to Defendant Tyrone Sturdivant (1) Guilty on Count 1,2-3 and Mario Covington (2) Guilty on Count 1,2-3,4,5,6-9 and Jason Morrisette (3) Guilty on Count 1,8-9,10 and Colleen Armatis (4) Guilty on Count 1,11-13. (des, ) Additional attachment(s) added on 6/2/2006 (jkh, ). Modified on 6/2/2006 (jkh, ). (Entered: 07/07/2005) |
| 07/07/2005 | | (Court only) ***Set AwaitSent Flag as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis - PER #98 Jury Verdict (des, ) (Entered: 07/07/2005) |
| 07/08/2005 | ●101 | ORDER SETTING HEARINGS as to Defendant Jason Morrisette. Sentencing set for 9/29/2005 09:00 AM in SC 3rd Fl Ct before Chief Judge Mark W Bennett. Signed by Judge Mark W Bennett on 7/8/05. (Gill, Jennifer) (Entered: 07/08/2005) |
| 07/11/2005 | ●103 | TRANSCRIPT of Excerpt of Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 6/30/05 before Judge Donald E. O'Brien. Court Reporter: Dianne Schuetts. (Attachment is page one and two only. For complete copy you may contact the Court Reporter at P.O. Box 1325, Sioux City, IA 51102 712-239-1300.) (des, ) (Entered: 07/11/2005) |

| 07/11/2005 | ●104 | TRANSCRIPT of Excerpt of Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 7/01/05 before Judge Donald E. O'Brien. Court Reporter: Dianne Schuetts. (Attachment is page one and two only. For complete copy you may contact the Court Reporter at P.O. Box 1325, Sioux City, IA 51102 712-239-1300.) (des, ) (Entered: 07/11/2005) |
| 07/11/2005 | ●105 | TRANSCRIPT of Excerpt of Jury Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 7/05/05 before Judge Donald E. O'Brien. Court Reporter: Shelly Semmler. (Attachment is page one and two only. For complete copy you may contact the Court Reporter at 320 Sixth Street, Sioux City, IA 51101 712-233-3846.) (des, ) (Entered: 07/11/2005) |
| 07/19/2005 | | (Court only) ***Staff notes - Juror information provided to attorneys on 7/19/05 per order to contact jurors at docket No. 110. (src) (Entered: 07/19/2005) |
| 07/29/2005 | ●111 | TRANSCRIPT of Jury Trial Proceedings (Volume 4 and Volume 5) as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on June 30 and July 1 before Judge Donald E. O'Brien. Court Reporter: Dianne Schuetts. To obtain copy of transcripts please contact Dianne Schuetts at P.O. 1325, Sioux City, IA 51102-1325, Phone No. 712-239-1300. (src) (Entered: 07/29/2005) |
| 08/11/2005 | ●115 | MOTION for Acquittal by Defendant Jason Morrisette. (Attachments: # 1 Brief in Support of Post-Trial Motions)(Douglas, Rees) (Entered: 08/11/2005) |
| 08/12/2005 | | (Court only) MOTIONS as to Defendant Jason Morrisette REFERRED to Senior Judge Donald E. O'Brien: 115 MOTION for Acquittal (Gill, Jennifer) (Entered: 08/12/2005) |
| 08/25/2005 | ●116 | Writ of Habeas Corpus ad Testificandum Returned Executed for Travis Keith Ulrich on 7/5/05 in case as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette and Colleen Armatis. (src) (Entered: 08/25/2005) |
| 08/29/2005 | ●119 | CJA 24 as to Defendant Jason Morrisette - Authorization to Pay Dianne Schuetts $159.50 for Transcript - Voucher #46290524613. Signed by Chief Judge Mark W Bennett on 08/26/05. (copy to payee) (kfs, ) Modified text (sp) on 8/30/2005 (mj). (Entered: 08/29/2005) |
| 08/30/2005 | ●121 | ORDER Reassigning and CANCELLING Sentencing HEARINGS as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. Signed by Judge Mark W Bennett on 08/30/05. (ak, ) (Entered: 08/30/2005) |
| 08/30/2005 | ● | Judge update in case as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis. Judge Donald E O'Brien added. Judge Mark W Bennett no longer assigned to case. (ak, ) (Entered: 08/30/2005) |

| 08/30/2005 | | (Court only) ***Staff notes: Clerk provided a copy of the Order Reassigning Case and Canceling Sentencing Deadlines to the Chambers of Senior Judge Donald E. O'Brien. (ak, ) (Entered: 08/30/2005) |
|---|---|---|
| 09/06/2005 | ●123 | TRANSCRIPT of Jury Trial (Volumes 1, 2, 3, 6, 7) as to Defendants Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 6/27/05, 6/28/05, 6/29/05, 7/05/05, 7/06/05 before Judge Donald E. O'Brien. Court Reporter: Shelly Semmler. (Attachments are page one only. For complete copies you may contact the Court Reporter at 320 Sixth Street, Sioux City, IA 51105 712-233-3846.) (des, ) (Entered: 09/06/2005) |
| 09/08/2005 | ●125 | CJA 24 as to Defendant Jason Morrisette - Authorization to Pay Shelly Semmler$214.50 for Transcript - Voucher #46290524716. Signed by Senior Judge Donald E O'Brien on 09/06/05. (copy to payee) (kfs, ) (Entered: 09/08/2005) |
| 11/02/2005 | ●134 | ORDER Setting Hearing on Motion as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis 112 MOTION for New Trial, 114 MOTION for New Trial *Judgment of Acquittal*, 115 MOTION for Acquittal, 113 MOTION for New Trial *Based Upon Newly Discovered Evidence*, 106 MOTION for Acquittal, 107 MOTION for New Trial: Motion Hearing set for 11/22/2005 at 02:00 PM SC 3rd Fl Ct for 114 and for 112 and for 113 and for 115 and for 106 and for 107 . Newly appointed counsel for defendant Tyrone Sturdivant is permitted three days from the date of this Order to amend or supplement previous counsel's #112 motion and supportive brief. Government is permitted five days from the date of this Order within which to file a responsive pleading to each motion listed above. Sentencing hearing set for defendant Colleen Armatis 12/16/05 at 2:45 PM SC 3rd Fl Ct. Sentencing hearing set for defendant Jason Morrisette 12/19/05 at 10:30 AM SC 3rd Fl Ct. Sentencing hearing set for defendant Mario Covington 12/19/05 at 2:30 PM SC 3rd Fl Ct. Sentencing hearing set for defendant Tyrone Sturdivant 12/19/05 at 3:30 PM SC 3rd Fl Ct. Signed by Judge Donald E O'Brien on 11/02/05. (des, ) (Entered: 11/02/2005) |
| 11/02/2005 | ● | PER #134 Order: Set Hearings as to Defendant Jason Morrisette: Sentencing set for 12/19/2005 10:30 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. (des, ) (Entered: 11/02/2005) |
| 11/02/2005 | ● | PER #134 Order: Set Deadlines re Motions in case as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis 112 MOTION for New Trial, 114 MOTION for New Trial *Judgment of Acquittal*, 115 MOTION for Acquittal, 113 MOTION for New Trial *Based Upon Newly Discovered Evidence*, 106 MOTION for Acquittal, 107 MOTION for New Trial. Responses due by 11/7/2005 (des, ) (Entered: 11/02/2005) |
| 11/04/2005 | ● | PER #135 Order - Reset Hearings as to Defendant Jason Morrisette: Sentencing reset for 12/19/2005 03:30 PM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. (des, ) (Entered: 11/04/2005) |

04/18/2008 11:13 AM

| 11/07/2005 | ❶138 | RESISTANCE by USA as to Defendant Jason Morrisette re 115 MOTION for Acquittal (Attachments: # 1 Brief Government's Memorandum in Support of its Resistance)(Wehde, Shawn) (Entered: 11/07/2005) |
| 11/14/2005 | ❶ | PER #141 Order: Reset Deadlines re Motion in case as to Defendant Jason Morrisette 115 MOTION for Acquittal. Motion Hearing reset for 11/28/2005 at 02:30 PM SC 3rd Fl Ct for 115 (des, ) (Entered: 11/14/2005) |
| 11/22/2005 | ❶142 | ORDER setting hearing on Motion as to Defendants Mario Covington and Jason Morrisette. 114 MOTION for New Trial /Judgment of Acquittal, 115 MOTION for Acquittal: Motion Hearing set for 12/1/2005 at 1:30 p.m. in chambers for defendant Mario Convington's motion at 114 , Motion Hearing set for 12/1/2005 at 2:30 p.m. in chambers for defendant Jason Morrisette's motion at 115 . Signed by Judge Donald E. O'Brien on 11/22/05. (Gollhofer, Jami) (Entered: 11/22/2005) |
| 12/01/2005 | ❶146 | ORDER resetting Hearing on Motion as to Defendant Jason Morrisette 115 . MOTION for Acquittal: Motion Hearing reset for 12/5/2005 at 2:00 PM in Chambers for motion at 115 . Signed by Judge Donald E. O'Brien on 12/01/05. (Gollhofer, Jami) (Entered: 12/01/2005) |
| 12/05/2005 | ❶148 | Minute Entry for proceedings held before Judge Donald E O'Brien. Motion Hearing as to Defendant Jason Morrisette held on 12/5/2005 re 115 MOTION for Acquittal filed by Jason Morrisette. Ruling reserved and order to follow. (Court Reporter - Carolyn Plueger) (src) (Entered: 12/05/2005) |
| 12/12/2005 | ❶154 | ORDER denying 115 Motion for Acquittal as to Jason Morrisette (3). Signed by Judge Donald E. O'Brien on 12/12/05. (Gollhofer, Jami) (Entered: 12/12/2005) |
| 12/12/2005 | ❶156 | MOTION for Downward Departure or Variance from Advisory Guidelines by Defendant Jason Morrisette. (Attachments: # 1 Brief in Support of Motion)(Douglas, Rees) (Entered: 12/12/2005) |
| 12/14/2005 | ❶159 | TRANSCRIPT of Motion For New Trial or Judgment of Acquittal as to Defendant Jason Morrisette held on 12/05/05 before Judge Donald E. O'Brien. Court Reporter: Carolyn Plueger. (Attachment is page one only. For complete copy you may contact the Court Reporter at P.O. Box 1325, Sioux City, IA 51102 712-239-1300.) (des, ). (Entered: 12/14/2005) |
| 12/15/2005 | ❶163 | ORDER Setting Conference Call as to Defendant Mario Covington, Jason Morrisette re 151 MOTION to Continue Sentencing, 158 MOTION for Deviation from Advisory Guidelines, 156 MOTION for Downward Departure or Variance from Advisory Guidelines: Telephonic conference call set for 12/15/2005 at 04:30 PM for 151 and for 156 and for 158 . Signed by Judge Donald E O'Brien on 12/15/05. (des, ) (Entered: 12/15/2005) |

| 12/16/2005 | ●164 | Minute Entry for proceedings held before Judge Donald E O'Brien. Status of Motions Hearing as to Defendant Mario Covington, Jason Morrisette held on 12/15/2005 re 151 MOTION to Continue Sentencing filed by Mario Covington, 156 MOTION for Downward Departure *or Variance from Advisory Guidelines* filed by Jason Morrisette, 158 MOTION for Deviation from Advisory Guidelines filed by Mario Covington. No order to follow. (Court Reporter - Dianne Schuetts) (src) (Entered: 12/16/2005) |
|---|---|---|
| 12/19/2005 | ●165 | ORDER RESETTING HEARING as to Defendant Jason Morrisette. Sentencing reset for 12/27/2005 11:00 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Signed by Judge Donald E O'Brien on 12/19/05. (ak, ) (Entered: 12/19/2005) |
| 12/21/2005 | ●172 | MOTION to Continue Sentencing by Defendant Jason Morrisette. (Douglas, Rees) (Entered: 12/21/2005) |
| 12/21/2005 | ●174 | RESISTANCE by USA as to Defendant Jason Morrisette re 156 MOTION for Downward Departure *or Variance from Advisory Guidelines* (Wehde, Shawn) (Entered: 12/21/2005) |
| 12/23/2005 | ●176 | ORDER Granting 173 Motion to Continue Sentencing as to Defendant Mario Covington (2) - Sentencing reset to 04/17/06 at 2:00 pm in SC 3rd Fl Ct for Defendant Mario Covington - Granting 172 Motion to Continue Sentencing as to Defendant Jason Morrisette (3) - Sentencing reset to 04/17/06 at 3:30 pm in SC 3rd Fl Ct for Defendant Jason Morisette. Signed by Senior Judge Donald E O'Brien on 12/23/05. (kfs, ) (Entered: 12/23/2005) |
| 01/10/2006 | ●180 | CJA 24 as to Defendant Jason Morrisette - Authorization to Pay Carolyn A Plueger $145.20 for Transcript - Voucher #462906249. Signed by Senior Judge Donald E O'Brien on 01/10/06. (copy to payee) (kfs, ) (Entered: 01/10/2006) |
| 04/17/2006 | ●203 | SUPPLEMENTAL RESISTANCE by USA as to Defendant Jason Morrisette re 156 MOTION for Downward Departure *or Variance from Advisory Guidelines* (Wehde, Shawn) Modified on 4/18/2006 to add text as to name of document (des, ). (Entered: 04/17/2006) |
| 04/18/2006 | ●208 | SENTENCING MEMORANDUM by Defendant Jason Morrisette (Attachments: # 1 Allocution Statement)(Douglas, Rees) (Entered: 04/18/2006) |
| 04/19/2006 | ●209 | ORDER RESETTING HEARING as to Defendant Jason Morrisette - Sentencing reset to 04/20/2006 at 10:30 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien.Signed by Senior Judge Donald E O'Brien on 04/19/06. (kfs, ) (Entered: 04/19/2006) |
| 04/19/2006 | ●210 | SUPPLEMENT TO 208 SENTENCING MEMORANDUM by Defendant Jason Morrisette (Attachment #(1) Supplement October 2005 Letter)(Douglas, Rees) Modified text to add link on 04/20/2006 (kfs,) (Entered: 04/19/2006) |

| 04/20/2006 | ❍211 | Minute Entry for proceedings held before Senior Judge Donald E O'Brien - Sentencing hearing began on 04/20/2006 as to Defendant Jason Morrisette - Sentencing to be continued to allow both parties to brief the minor role in the offense adjustment - Government's brief ddl 04/24/06 - Defendant's brief ddl 04/26/06 - Order resetting sentencing to follow (Court Reporter: Shelly Semmler) (kfs, ) (Entered: 04/20/2006) |
|---|---|---|
| 04/20/2006 | ❍ | Set Deadlines as to Defendant Jason Morrisette - Government's brief ddl 04/24/2006 - Defendant's Brief ddl 04/26/2006 per Minutes at Docket 211 (kfs, ) (Entered: 04/20/2006) |
| 04/21/2006 | ❍212 | ORDER RESETTING HEARING as to Defendant Jason Morrisette. Sentencing reset for 4/28/2006 at 3:30 PM in SC 3rd Fl Ct before Senior Judge Donald E. O'Brien. Signed by Judge Donald E. O'Brien on 04/21/06. (Gollhofer, Jami) Modified on 4/24/2006 to fix spacing (src). (Entered: 04/21/2006) |
| 04/24/2006 | | (Court only) ***Set AwaitSent Flag as to Defendant Jason Morrisette, action taken pursuant to order at no. 212. (src) (Entered: 04/24/2006) |
| 04/24/2006 | ❍213 | SENTENCING MEMORANDUM by USA as to Defendant Jason Morrisette (Wehde, Shawn) (Entered: 04/24/2006) |
| 04/26/2006 | ❍215 | SENTENCING MEMORANDUM by Defendant Jason Morrisette (Douglas, Rees) (Entered: 04/26/2006) |
| 04/27/2006 | ❍218 | SUPPLEMENTAL RESISTANCE by USA as to Defendant Jason Morrisette re 156 MOTION for Downward Departure *or Variance from Advisory Guidelines* (Wehde, Shawn) Modified on 4/28/2006 to add text as to name of document (des, ). (Entered: 04/27/2006) |
| 04/28/2006 | ❍219 | ORDER RESETTING HEARING as to Defendant Jason Morrisette. Sentencing reset for 5/1/2006 at 11:00 AM in SC 3rd Fl Ct before Senior Judge Donald E. O'Brien.Signed by Judge Donald E. O'Brien on 04/28/06. (Gollhofer, Jami) (Entered: 04/28/2006) |
| 05/01/2006 | ❍220 | Minute Entry for proceedings held before Judge Donald E O'Brien. Sentencing (second session) held on 4/28/2006 as to defendant Jason Morrisette. Defendant detained. This sentencing will be continued to a later date. Please see order at docket no. 219. Government's Exhibits 1 and 2 housed in Clerk's file under seal. (Court Reporter - Sara Dittmer) (src) (Entered: 05/01/2006) |
| 05/01/2006 | ❍221 | Minute Entry for proceedings held before Senior Judge Donald E O'Brien - Continuation of Sentencing held on 05/01/2006 as to Defendant Jason Morrisette - The Court grants 10 percent variance from the advisory guideline range RE: 156 Motion for Downward Departure or Variance from Advisory Guidelines - No order to follow - Defendant detained (Court Reporter: Carolyn Plueger) (kfs, ) (Entered: 05/01/2006) |
| 05/01/2006 | ❍222 | Order to Seal PSIR as to Defendant Jason Morrisette. Signed by Senior Judge Donald E O'Brien on 05/01/06. (kfs, ) (Entered: 05/01/2006) |

| 05/03/2006 | 223 | JUDGMENT as to Defendant Jason Morrisette (3) - Counts 1, 8, 9 and 10: Defendant committed to BOP for 46 months on Counts 1, 8, 9 and 10 to be served concurrently - Defendant on supervised release for 48 months on Counts 1, 8, 9 and 10 to be served concurrently - $100 special assessment on each of Counts 1, 8, 9 and 10. Signed by Senior Judge Donald E O'Brien on 05/03/06. (certified copies to USA, USP, USM and Financial) (kfs, ) (Entered: 05/03/2006) |
|---|---|---|
| 05/08/2006 | 225 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Jason Morrisette (HOUSED SEPARATELY w/Statement of Reasons) (des, ) (Entered: 05/08/2006) |
| 05/08/2006 | 226 | SEALED SENTENCING RECOMMENDATION as to Defendant Jason Morrisette. (HOUSED SEPARATELY) (des, ) (Entered: 05/08/2006) |
| 07/05/2006 | 245 | CJA 20 as to Defendant Jason Morrisette: Authorization to Pay Rees Conrad Douglas. Amount: $ 13,792.20, Voucher # 4629052081. Signed by Judge Donald E O'Brien on 6/15/06. Signed by James B. Loken on 6/29/06. (faxed to payee) (de) Modified on 7/5/2006 - mailed as fax would not go through (de). (Entered: 07/05/2006) |
| 08/07/2006 | 246 | Judgment Returned Executed as to Defendant Jason Morrisette - Defendant delivered on 07/17/06 to FPC Yankton at Yankton, SD (kfs, ) (Entered: 08/07/2006) |
| 10/03/2007 | 283 | TRANSCRIPT of Excerpt of Trial as to Defendant Tyrone Sturdivant, Mario Covington, Jason Morrisette, Colleen Armatis held on 7/06/05 before Judge Donald E O'Brien. Court Reporter: Shelly Semmler. (Attachment is page one only. For complete copy you may contact the Court Reporter at 320 Sixth Street, Sioux City, IA 51101 712-233-3846.) (copy mailed to Defendant Tyrone Sturdivant per 278 Order) (des, ) (Entered: 10/03/2007) |
| 02/19/2008 | 289 | ORDER re court proposed reduction of sentence as to Defendant Jason Morrisette. Parties have 10 days to request a hearing or file written objections to this proposed reduction to the defendant's sentence. Pro se defendant has 10 days to file a motion for appointment of counsel with financial affidavit. (See Order Text) Check Status Deadline-above referenced all due by 2/29/2008. Signed by Senior Judge Donald E O'Brien on 2/19/08. (des). (Entered: 02/19/2008) |
| 02/19/2008 | | Docket Annotation re 289 Order as to Defendant Jason Morrisette: Clerk mailed to pro se defendant at CCM Chicago, Community Corrections Office, 200 W Adams St., Room 2915, Chicago, IL 60606 per BOP website. (des) (Entered: 02/19/2008) |
| 03/03/2008 | 290 | ORDER Regarding Final Decision on Reduction of Sentence i/c/w Crack Cocaine Amendment as to Defendant Jason Morrisette - The Bureau of Prisons is directed to release the Defendant by no later than 03/03/08 (see order text). Signed by Senior Judge Donald E O'Brien on 03/03/08. (copy with NEF mailed and faxed to CCM Chicago, Community Corrections |

| | | Office, 200 W Adams Street, Room 2915, Chicago, IL 60606 - Fax (312) 886-2118) (kfs) (Entered: 03/03/2008) |
|---|---|---|
| 03/20/2008 | ●294 | Mail Returned as Undeliverable. Mail sent to Jason Morrisette which included 289 Order. Clerk verified with BOP website defendant has been released. (des) (Entered: 03/20/2008) |
| 04/18/2008 | ●299 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Defendant Jason Morrisette. Signed by Senior Judge Donald E. O'Brien on 3/21/2008 and Judge James F. Holderman on 4/11/2008. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 cover letter) (de) (Additional attachment(s) added on 4/18/2008: # 2 Transfer Letter) (de). (Entered: 04/18/2008) |



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                      312-435-5698

**April 16, 2008**

Northern District of Iowa                          R E C'D APR 1 8 2008
313 Federal Bldg and United States Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Dear Clerk:

**Re:**    US v Jason Morrisette   Your case number 05 CR 3009-3
Our case number:   08 CR 310   - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Jason Morrisette, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

                              Sincerely,


                              Michael W. Dobbins
                              Clerk

                    by:    Laura Springer

                              Deputy Clerk


Enclosure